# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DIANNE RICE-REDDING, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | Civil Action File<br>No.: 1:16cv-03634-WMR |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant Nationwide Mutual Insurance Company hereby jointly inform the Court that they have reached a settlement in this matter. The parties are in the process of finalizing and executing the Class Settlement Agreement, and Plaintiffs will file an unopposed Motion for Preliminary Approval of the settlement early next week.

Dated: March 1, 2019

Respectfully submitted,

| PLAINTIFFS | NATIONWIDE MUTUAL INSURANCE COMPANY |
|---|---|
| By: __/s/ Michael J. Boyle, Jr.__<br>    Matthew R. Wilson (*pro hac vice*)<br>    Michael J. Boyle, Jr. (*pro hac vice*) | By: __/s/ Michael H. Carpenter (per email authorization)__ |

MEYER WILSON CO., LPA
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com

Matthew P. McCue (*pro hac vice*)
LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., 3rd Floor
Natick, MA 07160
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
mmccue@massattorneys.net

Alexander H. Burke (*pro hac vice*)
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com

Jonathan D. Selbin (*pro hac vice*)
LIEFF, CABRASHER, HEIMAN &
BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jselbin@lchb.com

Daniel M. Hutchinson (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West

Michael H. Carpenter
CARPENTER & LIPPS LELAND, LLP
Suite 1300
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Carpenter@CarpenterLipps.com

Nathan L. Garroway
Mark A. Silver
DENTONS US, LLP
303 Peachtree St. NE, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
nathan.garroway@dentons.com
mark.silver@dentons.com

*Counsel for Defendant*

275 Battery St., 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dhutchinson@lchb.com

Edward A. Broderick (*pro hac vice*)
Anthony I. Paronich (*pro hac vice*)
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (508) 221-1510
Facsimile: (617) 830-0327
ted@broderick-law.com
anthony@broderick-law.com

Steven H. Koval
THE KOVAL FIRM, LLC
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
Telephone: (404) 350-5900
Facsimile: (404) 549-4654
shkoval@aol.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 1, 2019, I caused the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                   */s/ Matthew R. Wilson*