IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIANNE RICE-REDDING, et al.,
individually and on behalf of all others
similarly situated,

                    Plaintiff,

v.

NATIONWIDE MUTUAL
INSURANCE COMPANY,

                    Defendant.

_____/

Case No. 1:16-cv-03634-WMR

William M. Ray, II
United States District Judge

## **ORDER**

On March 1, 2019, the parties filed a Notice of Settlement informing the Court that the parties have settled this case and that they will file the appropriate dismissal documents with the Court within the next week. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of

this case upon finalization of the settlement. If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 4th day of March, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.