IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANNE RICE-REDDING, RICKY COLEMAN, KEN JOHANSEN, RITA JOHANSEN, and ALVINA HAILE-RECIO, individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Defendant, | Case No. 1:16-cv-03634-WMR |

## ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

The Court having held a Hearing on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Motion on Attorneys' Fees, Costs, and Incentive Awards on August 1, 2019, notice of this Hearing having been duly given in accordance with this Court's Preliminary Approval Order, having considered all matters submitted to it, and good cause appearing therefore,

It is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court is concurrently entering an order approving a class action settlement calling for Defendant to pay $5,000,000 into a non-reversionary settlement fund for the benefit of the settlement class.

2. Class Counsel has petitioned the Court for 33 1/3% of that $5,000,000

fund for attorneys' fees and costs in the amount of $1,666,666.67. (DE 85.)

3.  Defendant has not opposed the requested fees, costs, or incentive awards.

4.  The Court has considered the arguments and authorities in class counsel's petition, being fully advised thereof, and good cause having been shown, the Court finds that an award of $1,666,666.67 is fair and reasonable under the circumstances and consistent with the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and GRANTS Plaintiffs' request in its entirety.

5.  This Court further finds that incentive awards to Plaintiffs Dianne Rice-Redding, Ricky Coleman, Ken Johansen, and Alvina Haile-Recio in the amount of $10,000 each, and to Plaintiff Rita Johansen in the amount of $5,000, to be fair, reasonable, and appropriate in light of their efforts on behalf of the class, and grants Plaintiffs' Motion for Incentive Awards.

IT IS SO ORDERED.

Dated: August 1, 2019   _____
Hon. William M. Ray, II.
United States District Court Judge